**Order entered November 15, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00961-CR**

**EX PARTE SHANIAYA JARVIS**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 111585-86**

**ORDER**

Before the Court is appellant's November 8, 2022 motion to withdraw the appeal. A motion to dismiss an appeal must be signed by both counsel and appellant. *See* TEX. R. APP. P. 42.2(a). Because appellant's motion is not signed by appellant, we **DENY** the motion.

We **ORDER** appellant's counsel to file, within **FOURTEEN DAYS** of the date of this order, an amended motion to dismiss the appeal signed by both counsel and appellant.

/s/     BONNIE LEE GOLDSTEIN
        JUSTICE